FILED
2012 Aug-16  AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY ROANE, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.:** |
| **LVNV FUNDING, LLC, a** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the following defendant:

LVNV Funding, LLC
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal
Rules of Civil Procedure 4(c)(2)(c)(i).

_____
OF COUNSEL